# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### *TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA*
### OFFICE OF THE JUDGE-IN-CHAMBERS
### *OFICINA DEL JUEZ DE TURNO*

_EDWIN Powell_

Plaintiff / *Demandante*

vs.

_Thomas Finch_

Defendant / *Demandado*

Case No. / *No. de caso* _2013CA5567_

## NOTICE OF HEARING / *AVISO DE AUDIENCIA*

You are hereby notified that Plaintiff has filed a/an/ *Por el presente, se le notifica que el/la Demandante ha presentado un/a*:

☐ Application for a Temporary Restraining Order (T.R.O.) / *Solicitud para una Orden de Restricción Temporal (T.R.O por sus siglas en inglés)*

☒ Motion for a Preliminary Injunction / *Petición para un Mandato Judicial Preliminar*

☐ Other / *Otro*: _____

The following Hearing has been scheduled for/has been continued to / *Se ha programado/aplazado la siguiente audiencia para*:

☒ _8-30-2013_ at / *a la(s)* _945_ ☐ a.m./p.m. a / *para*
   (date / *fecha*)              (time / *hora*)

☐ Hearing on the Application for Temporary Restraining Order / *una audiencia sobre la solicitud para una Orden de Restricción Temporal*

☐ Status Hearing on the Motion for Preliminary Injunction / *una audiencia sobre la petición para un Mandato Judicial Preliminar*

☐ Other / *Otro*: _____

will be heard by / *se ventilará ante*:

☐ Judge-in-Chambers / *el juez de turno*

☐ the calendar Judge / *el juez asignado*, Judge / *Juez* _RANKIN_, calendar / *calendario* _7_

at the following location / *en el siguiente lugar*:

☐ Judge-in-Chambers Room 4220 (4th Floor)/ *Juez de turno, Oficina 4220 (4to Piso)* – 500 Indiana Ave. NW

☐ 500 Indiana Ave. NW, Courtroom / *Sala* _517_

☐ Building / *Edificio* A: 515 5th St. NW, Courtroom / *Sala* _____

☐ Building / *Edificio* B: 510 4th St. NW, Courtroom / *Sala* _____

**If you wish to be heard, your presence is required / Si desea hablar ante el juez, se requerirá su presencia.**

WHITE – DEFENDANT              CANARY – PLAINTFF              PINK – COURT FILE

REVISED FORM SO-2064/AUG 2012  / TRANSLATED BY OCIS AUG 2012

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Edwin W. Powell
1754 Verbena St, NW
WDC 20012

*Plaintiff*

**13-0005567**

CIVIL ACTION NO. _____

*vs.*

Thomas E. Finch
and
Roseann Ashby

*Defendants*

550 12th St. Sw, 5th Floor
WDC 20202

FILED R
CIV                RANCH
AUG 15 2013
Superior Court
of the District of Columbia
Washington, DC.

**COMPLAINT**

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

SEE Attached

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ —0— with interest and costs. Request injunctive relief but reserve the rights to punitive claims in the future should the harassment continue.

Phone: (202) 882-9655

DISTRICT OF COLUMBIA, SS

Edwin W. Powell _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_____
(Plaintiff                DEDLEY 3/19                Agent)

Subscribed and sworn to before me this ___15th___ day of ___August___ 20_13_.

_____
(Notary Public/Deputy Clerk)

Magnetic Resonance Image (MRI) of his right shoulder area. The image revealed an injury to his shoulder and plaintiff was directed to see an orthopedic surgeon. The plaintiff utilized his personal health insurance directory and a couple of weeks later found Dr. Nigel Azer, a well-respected orthopedic surgeon who is affiliated with the Anderson Orthopedic Center in Arlington, Virginia.

Dr. Azer removed the plaintiff from work duties after it was discovered that there was an injury to his right acromioclavicular joint; a labrum and rotator cuff tear. During this same period of time, the plaintiff applied for and was approved for Federal Workmen Compensation Benefits. The plaintiff also, of his own volition, scheduled an appointment to see Dr. Daniel R. Ignacio, because he was experiencing severe pain, numbness, tingling, and weakness in his upper right/dominant extremity (arm). Dr. Ignacio performed a nerve conduction study and an electrodiagnostic examination (EMG) and diagnosed the plaintiff with brachial plexus neuropathy/nerve damage. The plaintiff also solicited the professional opinion of Dr. Peter Bernad, a neurologist associated with The George Washington University Hospital. Dr. Bernad also determined that the plaintiff had suffered nerve damaged and insisted that he remain out of work until he fully recovered.

January and February 2010, the plaintiff had weeks of cortisone/lidocaine injections to reduce the pain and swelling in the right bursa. After weeks of further discomfort, Dr. Azer and plaintiff decided that surgery was the next course of action for treatment. Following the surgery in March 2010, the plaintiff was still suffering from the same debilitating symptoms as before. Around this time, the Office of Worker's Compensation Program (OWCP) sent the plaintiff to their referee physician (Dr. Easton

Dr. Gordon did not address the brachial plexus/nerve damage issue that was first detected by Drs. Ignacio and Bernad.

On April 1, 2013, the plaintiff received a letter from OWCP stating that his benefits would be terminated based on the opinions of Drs. Smith and Gordon. They also gave the plaintiff thirty (30) days to produce medical evidence to essentially counter the opinions of their contracted referee physicians (Drs. Smith and Gordon). Dr. Azer had already sent OWCP regular updates on the plaintiff's condition and the work restrictions. However, OWCP decided to disregard the opinion of the plaintiff's physician and favored the opinions of their referee physicians. There was a great deal of pressure placed on the plaintiff to find additional specialist to examine him. It was during a bad time of the year when orthopedic surgeons are busy handling spring sports injuries and most appointments were available in 2-3 months. During this time, a letter was sent to OWCP from plaintiff's attorney (Stephen Dunn) and Dr. Azer asking them to reconsider their decision to terminate the plaintiff's benefits. The letters were ignored and the benefits were terminated on May 5, 2013. The plaintiff contacted OWCP and conveyed to them the fact that it was difficult to get a physical work-up and a report in only thirty (30) days and requested an appeal on the decision. The request for the appeal was accepted and scheduled for August 16, 2013 to allow the plaintiff to introduce additional medical documentation independent of Drs. Azer, Ignacio and Bernad. To date, plaintiff has secured additional medical reports from at least four other independent physicians that concur with the previous findings of brachial plexus/nerve damage.

Shortly after the plaintiff received the acceptance of the appeal, agents (Stacey O'Hara and Roseann Ashby) from the U.S. Department of Education contacted plaintiff

4

damage). This information will be provided to the OWCP administrative judge on August 16, 2013. However, plaintiff believes that none of the individuals at his employing agency are privileged or qualified to examine the medical records and make an independent decision. Furthermore, the personal contents of plaintiff's medical record should not be provided to his employer or agents thereof. A simple/general overview of his condition and limitations should be provided to his employer, which is already in their possession. Again, OWCP will be provided all of the subsequent medical evaluations that support the findings of the previous reports from Drs. Azer, Ignacio and Bernad on August 16, 2013.

Defendants are attempting to preempt the OWCP process by terminating plaintiff before he has the opportunity to provide additional evidence, which is a violation of his due process. The plaintiff should not be subjected to capricious administrative timelines and/or directives from the employer while also dealing with the arduous process of the Federal Workmen Compensation Program in a pro se capacity. To suggest otherwise would be unjust and a violation of his statutory rights cited under the Federal Workmen Compensation Act. Therefore, the plaintiff prays that the court will grant the request for the TRO and injunctive relief, which would prevent any adverse personnel actions until such time as a final medical review has been concluded and ruled on by OWCP and/or a Federal Court Judge has an opportunity render an opinion on this motion and complaint. Time is of the essence and any delay in a ruling from this Honorable Court would cause plaintiff to lose his employment and be forced to go through lengthy and toilsome administrative proceedings, at great legal costs, in order to challenge a final decision by the agency once rendered.



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Edwin W. Powell
_____
Plaintiff

vs.                                          Case Number **13 - 0005567**

Rose Ann Ashby
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Edwin W. Powell
_____
Name of Plaintiff's Attorney

1754 Verbena St. Nw
_____
Address

W DC 20011
_____

(202) 882-9655
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date    8/15/2013

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                  CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET   **13 - 0 0 0 5 5 6 7**

Edwin W. Powell

vs

Thomas E. Finch and Rose Ann Ashyby

Case Number: _____

Date: _____

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)*  Edwin W. Powell

Firm Name: _____

Telephone No.: (202) 882-9655     Six digit Unified Bar No.: _____

**Relationship to Lawsuit**

☐ Attorney for Plaintiff
☒ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury    Other: Injunction

Demand: $ -0-

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar#: _____

---

NATURE OF SUIT:   *(Check One Box Only)*

**A. CONTRACTS**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☒ 13 Employment Discrimination

**COLLECTION CASES**

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**

☒ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☒ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐   IF USED

CV-496/May 12

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.   The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# Superior Court of the District of Columbia
## CIVIL DIVISION

Edwin W Powell

Plaintiff

**FILED**
CIVIL ACTIONS BRANCH
AUG 1 5 2013
of the District of Colombia
Washington, DC.

**13-0005567**

No. _____

vs.

Thomas E. Finch And
RoseAnn Ashby

Defendant

## MOTION - (Pro-Se)

MOTION OF: _____ for P1

(State briefly what you want the Court to do) Grant injunctive relief by preventing
any Adverse Personnel action and demand that defendants
cease and desist further harassment towards plaintiff
until OWCP or Federal Court decision has been Rendered

| Printed name: | Signature: |
|---|---|
| Edwin W. Powell | |
| Address: | Home phone no. 882-9655 |
| 1754 Verbena St. NW, WDC 20012 | Business phone no. |

## CERTIFICATE OF SERVICE

On 15th day of August _____ 20 13. I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Thomas Finch | Name: Rose Ann Ashley |
|---|---|
| 550 12th St. 8th Floor | 550 12th St. SW 5th Floor |
| Address: WDC 20202 | Address: WDC 20202 |

Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Case: 2013 CA 005567 B
Dkt: CIVAP1

Signature

Form CV-193/Dec. 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Edwin W. Powell

*Plaintiff*

vs.

Thomas E. Finch
and
Rose Ann Ashby

*Defendant*

FILED
CIVIL ACTIONS BRANCH
AUG 15 2013
Superior Court
of the District of Columbia
Washington, DC.

No. 13 - 0005567

## MOTION - (Pro-Se)

**MOTION OF:** for TRO

(State briefly what you want the Court to do) Grant injunctive relief by preventing any adverse personnel action and demand that defendents cease and desist further harassment towards plaintiff until OWCP or Federal Court decision has been rendered.

Printed name: Edwin W. Powell

Signature: _____

Address: 1754 Verbena St NW, WDC 20012

Home phone no. 882-9655

Business phone no.

## CERTIFICATE OF SERVICE

On 15th day of August 20 13, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Thomas Finch

Name: 550 12th St, SW   5th Floor

Address: WDC 20202

Rose Ann Ashby

Name: 550 12th St. SW,   5th Floor

Address: WDC 20202

_____
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____
_____
_____
_____

Case: 2013 CA 005567 B

_____
Signature

Form CV-193/Dec. 00



# National Medical Rehabilitation, PC

*Daniel R.  Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900  * Fax (301) 932-4121*

DATE:        MAY 20, 2013

RE:          POWELL, EDWIN
DOI:         07/30/2009
CLAIM #:     25-2089933

### MEDICAL REPORT

**HISTORY:**

Mr. Powell is a 46-year-old analyst for U.S.
Department of Education who apparently
sustained injury to the right shoulder at work
on 07/30/2009 when a loaded box fell from a
shelf about 8 feet high and landing on his neck
and the right shoulder.  The impact was such
that he lost his balance and fell backward.  He
was treated at the local emergency room for the
injury to the right shoulder and the neck and
has since then received multiple medical
treatments, physical therapy, nerve blocks,
joint injections and eventually had at least
two surgeries to the right shoulder.  However,
the pain has not resolved and in fact gotten
much worse after the last surgery to the right
shoulder.  He has continued pain along the
right shoulder.  On a scale of 1 to 10, it is
usually 8/10 and at times radiates to the neck.
It does radiate to the arms with numbness and
weakness along the right arm.

*Billing address:  P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD 20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*May 20, 2013*
*Powell, Edwin — DOI: 07/30/09*
*MRE Report*
*Page 2*

This pain is typically worse whenever he performs repetitive movements along the right upper extremity and also if he does a lot of reaching, pushing, pulling, and the cold weather is aggravating his pain.

## PAST MEDICAL HISTORY:

Past history is not significant, that is, he has been in satisfactory health. No diabetes mellitus, no thyroid dysfunction and no sickle cell disease. He stopped working as an analyst as if he does some writing or lifting files or do repetitive movements, the pain would become much more pronounced. He has been performing some type of lecture two hours a day at the old university hospital wherein he is able to avoid the repetitive movements along the right upper extremity.

## DIAGNOSTIC STUDIES:

He had a series of MRI studies that demonstrated the rotator cuff tendon injury along the right shoulder as well as the acromioclavicular separation grade 2 and the postsurgical changes along the right shoulder.

Electrodiagnostic/EMG study performed today demonstrated the right brachial neuritis with denervation along the right arm.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

### Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.
### Physical Medicine & Rehabilitation

3611 Branch Avenue, Suite 309,
Temple Hills, MD 20748
(301) 899-7900 * Fax (301) 899-7905
Email: email@rehabmedonline.com

1865 Federal Square Box# 8, Ste. 103,
Waldorf, MD 20602
(301) 638-1900 * Fax (301) 932-4121

*May 20, 2013*
*Powell, Edwin – DOI: 07/30/09*
*MRE Report*
*Page 3*

## PHYSICAL EXAMINATION:

*GENERAL:* A normally developed, normally nourished gentleman standing at 5 feet 10 inches and weighing 170 pounds.

*NEUROLOGIC:* He is awake, alert and oriented and has good control of his mental faculty. Cranial nerves II-XII are still intact.

*CERVICAL SPINE:* Flexion is to 30 degrees, rotation to 35 degrees.

*UPPER EXTREMITIES:* In the right shoulder, there are multiple scars from previous surgery. There is wasting along the scapular muscles. There is limited movement, that is, abduction to 120 degrees, forward flexion to 130 degrees, external rotation to 25 degrees. He is tender along the right shoulder, anterior and superior capsule and also along the right brachial plexus. There are trigger points along the right suprascapular bursa. He has hypoesthesia and weakness along the right arm, strength of about 4-/5.

Billing address: P.O. Box 999
Oxon Hill, MD 20750-0999



# National Medical Rehabilitation, PC

*Daniel R.  Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 \* Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900  \* Fax (301) 932-4121*

*May 20, 2013*
*Powell, Edwin – DOI: 07/20/09*
*MRE Report*
*Page 4*

Left shoulder abduction is to 160 degrees, forward flexion to 180 degrees.  He has good strength along the left upper limb.

**IMPRESSION:**

- Status post multiple surgeries to the right shoulder with residual pain
- Chronic right shoulder strain
- Chronic right brachial neuritis
- Chronic right acromioclavicular joint dislocation
- Complex regional pain syndrome

**COMMENTS/DISCUSSION:**

Mr. Powell is a pleasant gentleman who did unfortunately sustain injury to the right shoulder and had extensive medical treatment with residual pain and weakness along the right arm.  He will continue on medical treatment. He is taking Motrin 800 mg and for the pain was given tramadol 50 mg two times a day and Cymbalta 30 mg at night.  If the pain increases, then I will be happy to put him back on physical therapy.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*May 20, 2013*
*Powell, Edwin — DOI: 07/20/09*
*MRE Report*
*Page 5*

If the pain becomes much more pronounced, then
I will inject the right shoulder.  I discussed
with him the abovementioned medical conditions
which are related to the injuries sustained at
work on 07/20/2009.  He remains symptomatic and
will continue on medical treatment.  He is not
able to return to his work as an analyst with
guarded prognosis.


Daniel R. Ignacio, M.D.
DRI:rhckjc
DICTATED BUT NOT READ

*Billing address:  P.O. Box 999*
*Oxon Hill, MD 20750-0999*

The Anderson Orthopaedic Clinic<br>
Nigel M. Azer, MD<br>
2445 Army Navy Dr.<br>
Arlington, VA 22206<br>
Phone (703) 769-8493<br>
Fax (703) 769-8495

08/14/2013

RE:   **Edwin Powell**
DOB:   ███/1967

Mr. Powell returns today for followup of his work-related injury of July 20, 2009. He continues
to have significant pain in his right upper extremity. He has had further investigations. He did
see Dr. Ignacio on July 31, 2013. I did review Dr. Ignacio's report and I do concur and agree with
the findings. He did have an MRI arthrogram performed on his right shoulder on July 2, 2013.
This showed some degenerative changes in the superior labrum. There were some mild
acromioclavicular arthritic changes which were felt to be the sequelae of previous a.c. joint
injury. He also had an MRI of his right wrist which showed no acute internal derangement of the
wrist joint. There was some mild extensor carpi ulnaris tendinitis. An MRI of his cervical spine
did show a central disc protrusion at C3-4 and C5-6. There was some minimal narrowing of the
central canal at C3-4. I also reviewed a report from the department of neurosurgery at
Georgetown University Hospital which recommended the MRI. There was a comprehensive
report on July 11, 2013 from Howard University Hospital, chairman and professor of neurology
confirming the diagnosis of complex regional pain syndrome (reflex sympathetic dystrophy).
This was felt to be triggered by trauma to the brachial plexus. Finally, Dr. Thompson, chairman
and professor of sports medicine at Howard University Hospital saw him on July 1, 2013. He felt
that Mr. Powell had complex regional pain syndrome as well. He continues to have subjective
dysesthesias and pain in his right arm.

I have been treating Mr. Powell since his injury. I do feel that his clinical picture and the results
of diagnostic testing as well as 2 surgeries on his right shoulder are consistent with complex
regional pain syndrome.

- **Vitals taken 08/14/2013 10:06 am**

| | |
|---|---|
| BP-Sitting | 140/94 mmHg |
| Pulse Rate-Sitting | 84 bpm |
| Height | 70 in |
| Weight | 170 lbs |
| Body Mass Index | 24.4 kg/m2 |

**Body Surface Area**                          **1.95 m2**

Physical exam reveals a pleasant male who is alert and oriented x3, pleasant and cooperative. He does have forward flexion of the cervical spine to 30°. He has 15° of extension and 20° of lateral rotation. There is some right sided paravertebral muscle tenderness. There is some moderate palpable muscle spasm. He has forward flexion of the shoulder to 170°. At 90° of abduction, he has 80° of external rotation and 75° of internal rotation. There are negative impingement signs. He does have good strength control of his rotator cuff. There is some apprehension with abduction and external rotation of his right arm. He does have hyperesthesia to light touch on his right upper extremity. This is consistent with his CRPS. He is able to make a full composite grip. He demonstrates 4/5 strength to grip, wrist dorsiflexion, wrist palmar flexion, biceps, triceps, and deltoid function. He does have a palpable radial and ulnar pulse. There are no pathologic reflexes.

Impression:

#1: Status post reconstruction of right shoulder

#2: Brachial plexopathy

#3: Right median nerve neuropathy at the wrist

#4: Complex regional pain syndrome right arm

I reviewed the diagnoses with Mr. Powell. He did sustain a significant injury to his right shoulder where he was diagnosed initially as having a brachial plexopathy as well as a.c. joint separation and impingement. He has undergone extensive treatment. At this point, I do feel that he has achieved his maximum medical improvement. There is a permanent impairment. He will be unable to perform any activities that require any repetitive use activity of his right upper extremity. He will be unable to perform any overhead activities. He'll be unable to lift any objects greater than 5 pounds. Unfortunately, it does appear that he will have some chronic pain. He is being evaluated at present by a pain management specialist. Sympathetic nerve blocks are being entertained.

Mr. Powell has been motivated and compliant with all phases of his treatment. He did sustain a significant injury to his right arm.

I remain willing and available to participate in any further care that he may require.

**Nigel M. Azer, MD**




# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900  * Fax (301) 932-4121*

**DATE:**        **JULY 31, 2013**

**RE:**         **POWELL, EDWIN**
**DOI:**        **07/20/2009**
**CLAIM #:**    **25-2089933**

## *MEDICAL REPORT*

**CHIEF COMPLAINT:**

Mr. Powell has been under my care for medical conditions and injuries sustained at work on 07/20/2009.

**HISTORY:**

Mr. Powell is a pleasant, compliant analyst for U.S. Department of Education who sustained a major injury to the right shoulder at work on 07/20/2009 and has been diagnosed and accepted to have injury to the right shoulder, that is, contusion of the right shoulder, sprain of the right shoulder, dislocation of the right acromioclavicular joint and a nerve injury (right brachial neuritis).  He had a rather complex clinical course with intractable and progressive painful condition along the right upper extremity related to the joint injury and to the nerve damage and subsequently underwent multiple surgeries to the shoulder.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

July 31, 2013
Powell, Edwin – DOI: 07/20/09
MRE Report
Page 2

Initially, the surgery on 03/18/2010 was
performed for the right shoulder
acromioclavicular joint injury with impingement
syndrome and tear of the glenoid labrum
consisting of arthroscopy of the right
shoulder, debridement, open anterior
acromioplasty of the right shoulder, excision
of the distal clavicle and debridement of the
glenoid labrum.  However, because of the
significant weakness and nerve pain, he has
developed continuing pain along the right
shoulder and contracture in the right shoulder
which had required second surgery performed on
02/07/2012 consisting of arthroscopy of the
right shoulder with lysis of adhesions and
debridement of the labrum and shoulder
manipulation which has been performed with
satisfactory result.

The pain along the right shoulder has not
really resolved with continuing weakness of the
right arm.  The patient did develop a rather
severe neuropathic pain, complex regional pain
syndrome (causalgia of the right upper
extremity) which has been bothering him over
the last several years.  He has been having
continuing pain along the right shoulder, right
arm, numbness and weakness along the right arm,
severe neuropathic pain that has required him
to take multiple medications for pain control.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD 20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*July 31, 2013*
*Powell, Edwin - DOI: 07/20/09*
*MRE Report*
*Page 3*

He has been seen by many physicians recently for the injuries sustained on 07/20/2009' and these physicians from Howard University and Georgetown University did advise of the severe pain from the brachial neuritis and complex regional pain syndrome related to the injuries sustained on 07/20/2009. More specifically, Dr. Annapurni Jayam-Trouth, the neurologist from Howard University Hospital, Dr. Christopher Kalhorn from Georgetown University Hospital and Dr. Terry Thompson from Howard University Hospital. The patient's progress, that is, the right shoulder injury has persisted and has caused him to have continuing severe pain and limited use of the right upper extremity with associated limited functional capacity.

Because of the above medical conditions, he has not been able to return to his regular work as an analyst for the U.S. Department of Education. He did continue teaching which he does about one hour once a week for the Howard University. The patient's pain is typically worse whenever he starts using the right upper extremity. Repetitive movements along the upper extremities, pushing, pulling, lifting aggravate his pain and most specifically the cold weather is really making his pain very severe.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

3611 Branch Avenue, Suite 309,
Temple Hills, MD 20748
(301) 899-7900 * Fax (301) 899-7905
Email: email@rehabmedonline.com

1865 Federal Square Box# 8, Ste. 103,
Waldorf, MD 20602
(301) 638-1900 * Fax (301) 932-4121

July 31, 2013
Powell, Edwin – DOI: 07/20/09
MRE Report
Page 4

Recently, he has been put on steroid. He has
been taking tramadol for the pain, Cymbalta as
well as Duexis and these have been fairly able
to control his pain and allow him to function
at home.

**DIAGNOSTIC STUDIES:**

He had a variety of medical examinations
including the MRI which confirmed the injury to
the right shoulder, that is, acromioclavicular
joint dislocation, the tear of the labrum and
also the tear of the rotator cuff tendon.

He had a series of electrodiagnostic/EMG
examinations that confirmed the right brachial
plexus neuropathy. In fact, the most recent
electrodiagnostic/EMG examination performed on
03/20/2013 demonstrated the chronic and stable
right brachial neuritis.

With regard to the previous electrodiagnostic
study demonstrating the right ulnar neuritis,
this is simply an extension of the right
brachial plexus and a component of the right
shoulder nerve injury.

Billing address: P.O. Box 999
Oxon Hill, MD 20750-0999



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

3611 Branch Avenue, Suite 309,
Temple Hills, MD 20748
(301) 899-7900 * Fax (301) 899-7905
Email: email@rehabmedonline.com

1865 Federal Square Box# 8, Ste. 103,
Waldorf, MD 20602
(301) 638-1900 * Fax (301) 932-4121

July 31, 2013
Powell, Edwin - DOI: 07/20/09
MRE Report
Page 5

## PHYSICAL EXAMINATION:

**GENERAL:** On examination today,

The patient is alert, oriented, coherent, and has full control of his mental faculties.

**HEENT:** The head is normocephalic. There is no hematoma. There is no noted swelling or bruising and appearance is normal. The ears, nose and throat are intact.

**NEUROLOGICAL:** Cranial nerves are III through XII are still intact.

**UPPER EXTREMITIES:** Multiple examinations in my office demonstrated that he does have the long scars along the right shoulder. He does have wasting along the scapular muscles along the right shoulder and limited movement along the right shoulder. He has weakness along the right arm, strength about 4-/5. He does have contractures of the right hand and hypoesthesia and weakness along the right arm and along the right hand.

Billing address: P.O. Box 999
Oxon Hill, MD 20750-0999

 National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

July 31, 2013
Powell, Edwin ~ DOI: 07/20/09
MRE Report
Page 6

The movement along the right shoulder continues to be restricted to no more than 130 degrees with continuing tenderness along the right shoulder, trigger points along the right suprascapular bursa with hypoesthesia and weakness along the right arm and the right hand.

**IMPRESSION:**

- Status post multiple surgeries to the right shoulder with residual pain
- Chronic injury to the right shoulder (brachial neuritis)
- Chronic sprain of the right shoulder
- Chronic dislocation of the acromioclavicular joint
- Chronic contusions along the right shoulder
- Complex regional pain syndrome

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC
*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD 20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*July 31, 2013*
*Powell, Edwin — DOI: 07/20/09*
*MRE Report*
*Page 7*

**DISCUSSION:**

Mr. Powell presented a rather interesting scenario of acute injury to the shoulder and to the nerve along the right shoulder sustained on 07/20/2009 which has required surgery for the shoulder injury with continuing pain, numbness and weakness along the right upper extremity. I will recommend that we keep up with the medical treatment in accordance with the recommendation of the neurologist avoid any further invasive procedures for the nerve injury to the right shoulder. Therefore, we will keep up on the current pain management and use of different kinds of medical treatment. If the pain becomes severe, then I will consider a cervical epidural nerve blocks and if the condition does not improve, then we will consider either morphine pump or cervical spinal cord electrical stimulator implant.

 **National Medical Rehabilitation, PC**
*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*July 31, 2013*
*Powell, Edwin - DOI: 07/20/09*
*MRE Report*
*Page 8*

However, these are invasive procedures with associated medical risk and therefore we will try to avoid these procedures. Because of the medical conditions outlined above, he is not able to return to his regular work as an analyst for Department of Education. I believe that we should encourage him to continue lecturing one hour a week and this will be beneficial to him in order for him to cope with the complex injury to the right upper extremity.

I am saddened by the report of the U.S. Department of Labor who proposed to terminate the patient's medical benefits and compensation for his claim. This is an unfortunate and unfair decision and represents abandonment of our ethical responsibility to treat this patient with complex injury to the right upper extremity. I understand that this decision was based on the report of Dr. Smith dated 09/05/2012. I reviewed the report of Dr. Smith on September 5, 2012. Dr. Smith's report of September 5, 2012 is quite interesting but appears to be rather subjective. Dr. Smith did focus on the patient's current severe pain that made him quite tearful of moving the right upper extremity; however, Dr. Smith did call this clinical situation as voluntary self-limitation.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD 20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

*July 31, 2013*
*Powell, Edwin ~ DOI: 07/20/09*
*MRE Report*
*Page 9*

This is neglecting the significant accepted
nerve injury that he has on the right shoulder
and the multiple surgeries that he did receive.
I disagree with Dr. Smith's opinion that based
upon the recent EMG study, the injury to the
right shoulder and the nerve damage had all
resolved. This is not so and in fact he does
have a rather complex damage to the right
shoulder not only with the nerve injury but the
associated complex regional pain syndrome for
which Dr. Smith as an orthopedic surgeon is
familiar with this clinical condition which has
been recently confirmed by the different
doctors at the university hospitals.

In fact, the EMG examination recently performed
on 05/20/2013 demonstrated the persistence of
the right brachial neuritis with associated
pain that patient described. In reviewing the
electrodiagnostic/electromyographic examination
performed by Dr. Shema Mathew on 03/19/2011,
Dr. Mathew did indicate the denervation of the
muscles of the right shoulder and even the
abnormality of the ulnar nerve consistent with
the brachial plexus injury that he sustained.
The recent electrodiagnostic/EMG examination on
05/20/2013 did confirm the abnormal EMG in the
past that demonstrated the chronic progressive
right brachial neuritis.

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*



# National Medical Rehabilitation, PC

*Daniel R. Ignacio, M.D., Georgia D. Cu, M.D.*
*Physical Medicine & Rehabilitation*

*3611 Branch Avenue, Suite 309,*
*Temple Hills, MD  20748*
*(301) 899-7900 * Fax (301) 899-7905*
*Email: email@rehabmedonline.com*

*1865 Federal Square Box# 8, Ste. 103,*
*Waldorf, MD 20602*
*(301) 638-1900 * Fax (301) 932-4121*

July 31, 2013
Powell, Edwin — DOI: 07/20/09
MRE Report
Page 10

In summary, Mr. Powell is a pleasant,
compliant, motivated gentleman who had a
complex injury to the right shoulder requiring
two major surgeries and significant nerve
injury that has not resolved complicated by the
causalgia of the right upper extremity. He did
continue medical treatment for the above
medical conditions. He has limited physical
capacity, is not able to return to his regular
work as an analyst for the Department of
Education. I will be happy to continue
treatment of Mr. Powell for the above medical
conditions.

Daniel R. Ignacio, M.D.
DRI:rhckjc
DICTATED BUT NOT READ

*Billing address: P.O. Box 999*
*Oxon Hill, MD 20750-0999*